UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              :          CHAPTER 7
                                                    :
ROGER G. PICKLES AND                                :          CASE NO.: 13-17489-RAM
REBECCA CRESPI,                                     :
____Debtors._____/

**DEBTORS' LIMITED OBJECTION TO THE TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY [D.E. 16]**

**COME NOW**, the Debtors, Roger Pickles and Rebecca Crespi (the "*Debtors*"), through the undersigned attorney, and file this Limited Objection to the Trustee's Motion to Sell Estate's Interest in Real Property [D.E. 16], and in support thereof would state as follows:

1. This case was commenced on April 2, 2013 by the Debtors' filing of a voluntary petition for relief under Chapter 7 of the Bankruptcy Code (the "*Petition Date*").

2. Maria Yip is the duly appointed and qualified Chapter 7 Trustee (the "*Trustee*").

3. The §341 Meeting of Creditors in connection with this case was held and concluded on May 15, 2013 (the "*§341 Meeting*").

4. Schedule A of the Bankruptcy Petition reflects that the Debtors are the owners of a certain piece of real property located at 20907 Leward Ct. #257, Aventura, Florida 33180 (the "*Real Property*").

5. The Real Property is the Debtors' residence, where they live with their two young children. Due to their financial condition, the Debtors intended to surrender the Real Property and do not claim the Real Property as exempt.

6. On May 20, 2013, the Trustee filed a Motion to Sell the Estate's Interest in the Real Property (the "*Sale Motion*").

7. The Debtors support the Trustee's sale of the real property, with one caveat: the

1

Sale Agreement attached to the Sale Motion provides for a closing in only three (3) days. The Debtors respectfully request that no sale occur for at least twenty-one (21) days from the entry of an Order approving the Sale Motion.

8. This extension is sought due to the fact that the Debtor's currently reside in the real property. The Joint Debtor is receiving Social Security Disability Income, and the Debtors have two children under the age of 4. The Debtors are currently scheduled to move out of the property on June 12, 2013, but request this extension in order to give them time to ensure that their move-out can be accomplished in an orderly fashion.

9. In conclusion, the Debtors respectfully request that this Court enter an Order: (i) Granting the Sale Motion; and (ii) Ordering that no closing on the sale of the Real Property shall occur for at least twenty-one (21) days from the date of the entry of the Sale Order.

WHEREFORE, for the reasons stated herein, the Debtors respectfully request that this Court enter an Order: (i) Granting the Sale Motion; (ii) Ordering that no closing on the sale of the Real Property shall occur for at least twenty-one (21) days from the date of the entry of the Sale Order; and (iii) granting any such further relief as this Court deems Just and Proper.

Respectfully submitted this 8th day of June, 2013.

          ROBERT A. ANGUEIRA, P.A.
          6495 S.W. 24th Street
          Miami, Florida 33155
          Tel. (305) 263-3328
          Fax (305) 263-6335
          e-mail rangueir@bellsouth.net

By       /s/      
    ROBERT A. ANGUEIRA
    Florida Bar No. 0833241

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served by U.S. mail on this 8th day of June, 2013, to the Debtors.

I CERTIFY that a true and correct copy of the foregoing was served via the Notice of Electronic Filing on this 8th day of June, 2013 to:

- Robert A Angueira rangueir@bellsouth.net, susan@rabankruptcy.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Maria Yip trustee@yipcpa.com , myip@ecf.epiqsystems.com

    ROBERT A. ANGUEIRA, P.A.
6495 S.W. 24th Street
Miami, Florida 33155
Tel. (305) 263-3328
Fax (305) 263-6335
e-mail rangueir@bellsouth.net


By _____/s/_____
    ROBERT A. ANGUEIRA
    Florida Bar No. 0833241