IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:
ROGER PICKLES,                                          CASE NO.: 13-17489-RAM
A/K/A ROGER GERALD PICKLES,                             CHAPTER 7
REBECCA CRESPI,
A/K/A REBECCA CRESPI PICKLES,
A/K/A REBECCA PICKLES,

      Debtors.
_____/

### OBJECTION BY CREDITOR TO TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE

COMES NOW, Green Tree Servicing LLC (MOVANT) as the duly authorized servicer for Federal National Mortgage Association, by and through its undersigned legal counsel, and files this written objection to Trustee's Motion to Sell Estate's Interest in Real Property Via Private Sale and as grounds therefor states:

1. On May 20, 2013, the Trustee filed an Motion to sell the Debtors' bankruptcy estate's right, title, and interest in and to certain real property via private sale to Romana 777 Land Trust.

2. Pursuant to Paragraph Eighteen (18) of the Mortgage, if all or any Interest in the Property is sold or transferred without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by the Security Instrument.

3. Accordingly, Creditor objects to entry of an order granting the private sale.

WHEREFORE, Creditor requests that this Honorable Court deny the Trustee's Trustee's Motion to Sell Estate's Interest in Real Property Via Private.

DATED this 10th day of June, 2013.

    Respectfully submitted,

    S/ Matthew E. Bryant

    _____
    Matthew E. Bryant
    Fla. Bar ID: 93190
    Timothy D. Padgett, P.A.
    6267 Old Water Oak Road
    Suite 203
    Tallahassee, Florida 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (fax)
    meb@padgettlaw.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to **Roger Pickles and Rebecca Crespi, Debtors**, 20907 Leeward Court, #257, Aventura, FL 33180; and electronically to **Robert A. Angueira, Esq.,** 6495 SW 24th Street, Miami, FL 33155; **Maria Yip, Trustee**, 201 Alhambra Circle, #501, Coral Gables, FL 33134; and **U.S. Trustee**, **United States Trustee**, 51 SW 1st Ave., Suite 1204, Miami, FL 33130, on this 10th day of June, 2013.

    S/ Matthew E. Bryant

    _____
    Matthew E. Bryant