# INDEBTEDNESS WORKSHEET

**DEBT AS OF THE PETITION DATE:** $13,530.07

**A. Total pre-petition indebtedness of debtor(s) to movant (if movant is not the lender, this refers to the indebtedness owed to the lender) as of petition filing date: $10,139.49**

1. Amount of principal and interest: included above
2. Amount of interest: included above
3. Amount of escrow (taxes and insurance): na
4. Amount of forced placed insurance expended by movant: included above
5. Amount of attorneys' fees billed to debtor(s) pre-petition: included above
6. Amount of pre-petition late fees, if any, billed to debtor(s): included above
7. Any additional pre-petition fees, charges or amounts charged to debtors/debtors account and not listed above :NONE  (if additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: _____)

**B. Contractual interest rate: 6.875% (if interest rate is (or was) adjustable, list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here:___1____.)**

**AMOUNT OF ALLEGED POST-PETITION DEFAULT:**
**(AS OF): 6/10/13**

**C. Date last payment was received:** October 1, 2012
**D. Alleged total number of payments due postpetition from filing of petition through payment due on 2**

**E. All postpetition payments alleged to be in default:**

| Due Date | Amt Due | Amt Rec'd |
|---|---|---|
| 5/1/13 | $1,695.29 | |
| 6/1/13 | $1,695.29 | |
| TOTAL | $3,390.58 | |

**F. Amount of movant's attorneys fees billed to debtor for the preparation, and filing and prosecution of this motion: $650.00**

**G. Amount of movant's filing fee for this motion: $176.00**

**H. Other attorneys' fees billed to debtor post-petition: $0**

**I. Amount of movant's post-petition inspection fees: $0**

**J. Amount of movant's post-petition appraisal broker's price opinion:$0**

**K. Amount of forced placed insurance or insurance provided by the movant post-petition: $0**

**L. Sum held in suspense by movant in connection with this contract, if applicable: $0**

**M. Amount of other post-petition advances or charges, for example taxes, insurance incurred by debtor etc (itemize each charge): $0**